A. Harris, appellee, v. Gertrude Yegendorf et al., appellants. Gen. No. 33,786.

 Heard in the third division of this court for the first district at the October

term, 1929. ▰▰▰▰▰▰▰▰▰ Friend, J., not participating. Opinion filed October 29, 1930.

Levisohn & Levisohn, for appellants. Frances E. Spooner, for appellee.

Mr. Justice Hebel delivered the opinion of the court.